# MEMORANDUM DECISIONS.

FITZGERALD v. STATE.   (No. 5557.) (Court of Criminal Appeals of Texas.   March 17, 1920.)   Appeal from District Court, Potter County;  Henry S. Bishop, Judge.   Dick Fitzgerald was convicted of burglary, and he appeals.   Affirmed.   Veale & Lumpkin and L. C. Barrett, all of Amarillo, for appellant.   Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.   This conviction was for burglary, and is a companion case to that of Edna Rippey v. State (No. 5555) 219 S. W. 463.   The judgment in that case was affirmed, and a motion for rehearing was overruled. The questions presented in the two cases are so near identical it is deemed unnecessary to discuss them further than is done in the Rippey Case.   Upon the authority of the opinion in the Rippey Case, this judgment is affirmed.

HALE v. STATE.   (No. 5698.)   (Court of Criminal Appeals of Texas.   March 10, 1920.) Appeal from District Court, McLennan County;  Richard I. Munroe, Judge.   J. W. Hale was convicted of forgery, and appeals.   Affirmed.   Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J.   The appellant was convicted of forgery, and his punishment fixed at two years' confinement in the penitentiary.   The record contains no statement of facts or bills of exceptions, and, finding no error, the judgment of the lower court is affirmed.

POPE v. STATE.   (No. 5703.)   (Court of Criminal Appeals of Texas.   March 10, 1920.) Appeal from District Court, Camp County; J. A. Ward, Judge.   Noland Pope was convicted of forgery, and appeals.   Affirmed.   Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.   Appellant was convicted of forgery and allotted two years in the penitentiary.   The record is before us without a statement of facts or bill of exceptions.   The motion for new trial is based upon the statement that the verdict and judgment are contrary to the law and not supported by the evidence.   With the record in this condition we find nothing that requires a revision.   The judgment will therefore be affirmed.

SMITH v. STATE.   (No. 5688.)   (Court of Criminal Appeals of Texas.   March 3, 1920.) Appeal from Criminal District Court, Dallas County;  C. A. Pippen, Judge.   Noce Smith was convicted of theft, and he appeals.   Affirmed.   Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J.   The appellant was convicted of theft, and his punishment fixed at three years' imprisonment in the penitentiary.   We find neither statement of facts nor bills of exceptions in the record.   No error appearing, the judgment is affirmed.

STATE v. KUENTZ.   (No. 15687.)   (St. Louis Court of Appeals.   Missouri.   Submitted on Record February 2, 1920.   Opinion Filed March 2, 1920.)   Appeal from St. Louis Circuit Court.   "Not to be officially published."   Joseph Kuentz was convicted of selling intoxicating liquors without a license or other authority, and he appeals.   Affirmed.   B. L. Matthews, of Clayton, for appellant.   Richard F. Ralph, of Valley Park, for the State.

PER CURIAM.   Defendant was proceeded against in the circuit court of St. Louis county, on information, for then and there willfully and unlawfully selling intoxicating liquor in less quantities than three gallons, to wit, two glasses of beer, without taking out or having a license as a dramshop keeper, or any other authority to sell the same.   Entering a plea of "Not guilty," the cause proceeded to trial before a jury, which resulted in a verdict of a fine of $100.   Interposing a motion for new trial and in arrest, and these being overruled and judgment entered on the verdict, defendant has duly appealed.   We have nothing before us but the record proper—no bill of exceptions; no evidence.   We find no error in the record proper.   The information is in due form, and the verdict and judgment are responsive to it.   That judgment is affirmed.

END OF CASES IN VOL. 219

*